Richard R. Churchill, administrator of the estate of Roy W. Brown, deceased, appellee, v. Elgin, Joliet & Eastern Railway Company, appellant. Gen. No. 34,071.

Heard in the second division of this court for the first district at the February term, 1930. Opinion filed October 14, 1930.

Knapp, Beye, Allen, Cochran & Cushing, for appellant; Joseph L. Earlywine and Paul R. Conaghan, of counsel. H. H. Patterson, for appellee; E. C. Maurer, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

John E. Erickson, appellant, v. Frank J. O'Donnell and Mary V. O'Donnell, appellees. Gen. No. 34,086.

Heard in the second division of this court for the first district at the February term, 1930. Opinion filed October 14, 1930.

Ernest A. Eklund and Frederick J. Bertram, for appellant. Harold A. Fein, for appellees.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Elkan Berger, appellee, v. Linus Ewald Roder, appellant. Gen. No. 34,113.

Heard in the second division of this court for the first district at the February term, 1930. Opinion filed October 14, 1930.

James K. Finn and Cooney & Verhoeven, for appellant; James K. Finn, of counsel. William R. Peacock, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.